UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENDER, an individual; CAROL BENDER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No 2:18-cv-00249-WBS-KJN<br><br>**ORDER GRANTING JOINT STIPULATION BY PLAINTIFFS AND DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER TO ARBITRATE AND STAY CLAIMS**<br><br>[District Judge William B. Shubb]<br>[Magistrate Judge Kendall J. Newman] |

Pursuant to the Stipulation to Arbitrate and Stay Claims submitted by Plaintiffs John Bender and Carol Bender and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar") (collectively, the "Parties"), and for **GOOD CAUSE** shown, the Stipulation is hereby **GRANTED**. The Court hereby orders that the Parties' claims shall be submitted to arbitration pursuant to the terms of the Stipulation, and that the claims by Plaintiffs against Nationstar in this action are hereby stayed. The April 30, 2018 motion hearing and June 4, 2018 scheduling conference are VACATED. Upon completion of the arbitration proceedings, and no later than seven days thereafter, the parties shall file a joint status report informing the court of the status of this action.

///

///

**IT IS SO ORDERED.**

**Dated: April 17, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE