YG LEGAK FIRM
YELENA GUREVICH        269487
atty@yglegalfirm.com
3940 Laurel Canyon Blvd., Suite 800
Los Angeles, CA 91604
Tel. (213) 534-7769

Attorneys for Plaintiffs,
JOHN BENDER AND CAROL BENDER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENDER, an individual; CAROL BENDER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 2:18-cv-00249-WBS-KJN<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] BY JOHN AND CAROL BENDER AND NATIONSTAR MORTGAGE LLC DBA MR COOPER, AND ORDER OF DISMISSAL** |

-1-

**STIPULATION OF DISMISSAL**

# INTRODUCTION

Plaintiffs, JOHN BENDER and CAROL BENDER and Defendant NATIONSTAR MORTGAGE LLC DBA MR COOPER hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action against Defendant , NATIONSTAR MORTGAGE LLC DBA MR COOPER, with each party bearing that party's own attorney's fees and costs.

DATED:  July 30, 2020                     YG LEGAL FIRM


By: __/s/ Yelena Gurevich__
YELENA GUREVICH, Esq. (SBN 269487)
**Attorneys for Plaintiffs,**
**JOHN BENDER AND CAROL BENDER**


DATED:  July 30, 2020                     **TROUTMAN SANDERS LLP**


By: ___/s/ Christopher Kadish__
CHRISTOPHER KADISH, Esq. (SBN 248714)
**Attorneys for Defendant, Nationstar Mortgage LLC dba Mr Cooper**

**STIPULATION OF DISMISSAL**

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, against Nationstar Mortgage LLC dba Mr. Cooper, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE