Scott E. Brady, Esq.  (IN #30534-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN BENDER and CAROL BENDER,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 50 inclusive,<br>　　　　Defendants. | CASE NO. 2:18-cv-00249-WBS-KJN<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] BY JOHN AND CAROL BENDER AND TRANS UNION LLC, AND ORDER OF DISMISSAL** |

## INTRODUCTION

Plaintiffs, JOHN BENDER and CAROL BENDER and Defendant TRANS UNION LLC hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims and causes of action against Defendant, TRANS UNION LLC.

**STIPULATION OF DISMISSAL – 2:18-CV-00249-WBS-KJN**

1
2  DATED: October 21, 2020        YG LEGAL FIRM
3
4                                 By: /s/ Yelena Gurevich
                                  YELENA GUREVICH, Esq. (SBN 269487)
5                                 **Attorneys for Plaintiffs,**
6                                 **JOHN BENDER AND CAROL BENDER**
7
8  DATED: October 21, 2020        SCHUCKIT & ASSOCIATES, P.C.
9
10                                By: /s/ Scott E. Brady
                                  SCOTT E. BRADY, Esq.
11                                **Attorneys for Defendant, Trans Union LLC**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION OF DISMISSAL – 2:18-CV-00249-WBS-KJN**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED as to all claims, causes of action, against Trans Union, LLC, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  November 9, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL – 2:18-CV-00249-WBS-KJN**