YG LEGAL FIRM
YELENA GUREVICH        269487
atty@yglegalfirm.com
3940 Laurel Canyon Blvd., Suite 800
Los Angeles, CA 91604
Tel. (213) 534-7769

Attorneys for Plaintiffs,
JOHN BENDER AND CAROL BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENDER, an individual; CAROL BENDER, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 2:18-cv-00249-WBS-KJN<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] BY JOHN AND CAROL BENDER AND EXPERIAN INFORMATION SOLUTIONS, INC., AND ORDER OF DISMISSAL** |

-1-

**STIPULATION OF DISMISSAL**

# INTRODUCTION

Plaintiffs, JOHN BENDER and CAROL BENDER and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims and causes of action against Defendant, EXPERIAN INFORMATION SOLUTIONS, INC.

DATED:  January 5, 2022                         YG LEGAL FIRM

By: ___/s/ Yelena Gurevich_
YELENA GUREVICH, Esq. (SBN 269487)
**Attorneys for Plaintiffs,**
**John Bender and Carol Bender**

DATED:  January 5, 2022                         JONES DAY

By: __/s/ Katherine A. Neben_____
KATHERINE A. NEBEN, Esq.
**Attorneys for Defendant, Experian**
**Information Solutions, Inc.**

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED** with prejudice as to all claims, causes of action, against EXPERIAN INFORMATION SOLUTIONS, INC, with each party bearing that party's own attorney's fees and costs. The Clerk is **DIRECTED** to close the file.

Dated: January 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE